# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEBRA VAN BRUNT-OREIRO,<br><br>Defendant. | No. CR-13-110-RMP<br><br>**ORDER GRANTING UNOPPOSED MOTION TO MODIFY**<br><br>**ECF NO. 29** |

Before the Court is Defendant's Motion to Modify conditions of release to permit travel to Bellingham, Washington, to spend the weekend with her daughter. Defense counsel has indicated neither the United States nor the United States Probation object to the travel.

Accordingly, for good cause shown, Defendant may travel to Bellingham, Washington, from **January 31, 2014, until Sunday, February 2, 2014.** She shall notify her supervising U.S. Probation office of her whereabouts and how she may be contacted while she is in Bellingham.

Defendant shall abide by all other conditions of release previously set.

**IT IS SO ORDERED.**

DATED January 24, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1